1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  NEAL C. HONG (ILBN 6309265)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7246
7       FAX: (415) 436-7234
        neal.hong@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00304 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM AUGUST 14, 2018 THROUGH SEPTEMBER 18, 2018** |
| v. | |
| SCOTT KRASNUIK, | |
| Defendant. | |

On August 14, 2018, the parties appeared before the Court for a status conference. The Government has provided discovery to Defendant, but has additional discovery materials to provide. Accordingly, the parties agree that additional time is necessary for effective preparation of counsel. Additionally, the parties requested the Court to set a second status conference for September 18, 2018. The parties agree that the time between August 14, 2018 and September 18, 2018 should be excluded in order to provide reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

| | |
|---|---|
| 1 | DATED: August 16, 2018 |
| 2 | |
| 3 | Respectfully Submitted, |
| 4 | ALEX G. TSE<br>United States Attorney |
| 5 | |
| 6 | /s/ Neal Hong<br>NEAL C. HONG |
| 7 | Assistant United States Attorney |
| 8 | |
| 9 | /s/ Juliana Drous<br>JULIANA DROUS |
| 10 | Attorney for Scott Krasnuik |

STIPULATION AND PROPOSED ORDER
CASE NO. 18-CR-00304 RS

# [~~PROPOSED~~] ORDER

For the reasons stated above, the Court orders that the case be continued from August 14, 2018 and September 18, 2018 and finds that the exclusion of time from August 14, 2018 and September 18, 2018 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 8/16/18

_____
RICHARD SEEBORG
United States District Court Judge