UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>SCOTT KRASNUIK,<br>　　　　　Defendant. | Case No. 3:18-cr-304 RS<br><br>**DETENTION ORDER** |

Defendant Scott Krasnuik is charged by indictment with conspiracy to commit bank robbery and aiding and abetting bank robbery. In particular, he is charged with creating notes to demand money from banks on seven different occasions, and then providing the notes to a co-conspirator who used the notes to rob various banks "by force, violation and intimidation." Mr. Krasnuik appeared before the Court for a detention hearing on August 23, 2018. Mr. Krasnuik was represented by Juliana Drous and the government was represented by Neal Hong. Pretrial services recommended Mr. Krasnuik's detention. Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that Mr. Krasnuik poses a risk of non-appearance and by clear and convincing evidence that no condition or combination of conditions currently available will reasonably assure that Mr. Krasnuik is not a danger to the community or himself. While Mr. Krasnuik proposes release to a residential drug treatment facility, given Mr. Krasnuik's criminal history, lack of employment, and lack of appropriate sureties, such placement does not reasonably assure his appearance or the safety of the community. The proposed sureties are not appropriate. One has a lengthy and recent criminal history. The other, Mr. Krasnuik's roommate, has known Mr. Krasnuik for only one and a half years and, more importantly, does not know Mr. Krasnuik well as

the roommate reported to pretrial that Mr. Krasnuik's income comes from disability payments, an untrue fact. Accordingly, Mr. Krasnuik is detained.

These findings are made without prejudice to Mr. Krasnuik's right to seek review of his detention should new information arise.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant Krasnuik is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant Krasnuik be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: August 23, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge