1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  NEAL C. HONG (ILBN 6309265)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7246
7      FAX: (415) 436-7234
       neal.hong@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCSICO DIVISION

13
   UNITED STATES OF AMERICA,            ) CASE NO. 18-CR-00304 RS
14                                      )
         Plaintiff,                     ) **STIPULATION AND [PROPOSED] ORDER TO**
15                                      ) **CONTINUE AND EXCLUDE TIME UNDER**
      v.                                ) **THE SPEEDY TRIAL ACT FROM**
16                                      ) **SEPTEMBER 18, 2018 THROUGH NOVEMBER**
   SCOTT KRASNUIK,                      ) **6, 2018**
17                                      )
         Defendant.                     )
18                                      )
                                        )
19

        On September 18, 2018, the parties appeared before the Court for a second status conference.
The Government has provided discovery to Defendant. Counsel for Defendant is still reviewing this
discovery and has hired an investigator to assist with her client's case. Additionally, the parties are
discussing a potential resolution to this case.

        Accordingly, the parties agree that additional time is necessary for effective preparation of
counsel. Additionally, the parties requested the Court to set a second status conference for November 6,
2018. The parties agree that the time between September 18, 2018 and November 6, 2018 should be
excluded in order to provide reasonable time necessary for the effective preparation of counsel pursuant
to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the

STIPULATION AND PROPOSED ORDER
CASE NO. 18-CR-00304 RS

continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: September 19, 2018

Respectfully Submitted,

ALEX G. TSE
United States Attorney

/s/ Neal Hong
NEAL C. HONG
Assistant United States Attorney

/s/ Juliana Drous
JULIANA DROUS
Attorney for Scott Krasnuik

# [~~PROPOSED~~] ORDER

For the reasons stated above, the Court orders that the case be continued from September 18, 2018 and November 6, 2018 and finds that the exclusion of time from September 18, 2018 and November 6, 2018 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 9/19/18

_____
RICHARD SEEBORG
United States District Court Judge