JULIANA DROUS
Attorney at Law SB#92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Facsimile: (415) 255-8631
jdrous@msn.com

Attorney for Defendant SCOTT KRASNUIK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br>     Plaintiff, <br> v. <br> SCOTT KRASNUIK, <br>     Defendant. | CR 18-00304 RS <br><br> **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF COURT DATE** |

A status conference was scheduled to be heard on November 6, 2018. Counsel received a Clerk's Notice that the conference was continued to November 13, 2018. Defense counsel, Juliana Drous, is unavailable on that date as she is scheduled to appear in the Federal District Court in Oakland that afternoon. Ms. Drous respectfully requests that the court date be continued to November 27, 2018. Assistant United States Attorney Neal Cho Hong has stated he has no objection to this request.

IT IS HEREBY STIPULATED, by the parties, that the court date currently scheduled on November 13, 2018, at 2:30 p.m. for status hearing, before the Honorable Richard Seeborg be continued to November 27, 2018, at 2:30 p.m.

The parties further stipulate that the time from November 6, 2018, to November 27, 2018, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: October 9, 2018       /s/
                             JULIANA DROUS
                             Attorney for Defendant
                             SCOTT KRASNUIK


DATED: October 9, 2018       /s/
                             NEAL CHO HONG
                             Asst. United States Attorney

### [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the court proceeding currently scheduled on November 13, at 2:30 p.m., be taken off calendar. The case is continued to November 27, 2018, at 2:30 p.m.

IT IS FURTHER ORDERED that the period from November 6, 2018 to November 27, 2018 is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: October 9     , 2018       
                             HON. RICHARD SEEBORG
                             U.S. Federal District Court Judge