| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | NEAL C. HONG (ILBN 6309265)<br>Assistant United States Attorney |

ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

  450 Golden Gate Avenue, 11th Floor
  San Francisco, California 94102-3495
  Telephone: (415) 436-7246
  FAX: (415) 436-7234
  neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 18-CR-00304 RS |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO CONTINUE** |
| v. | ) **AND EXCLUDE TIME UNDER THE SPEEDY** |
| | ) **TRIAL ACT FROM NOVEMBER 27, 2018** |
| SCOTT KRASNUIK, | ) **THROUGH JANUARY 8, 2019** |
| Defendant. | ) |
| | ) |

The parties are to appear before the Court for a status conference on November 27, 2018. The Government has provided discovery to Defendant. Counsel for Defendant has hired an investigator to assist her and is still investigating certain matters to aid in her client's case. Additionally, the parties have been discussing potential resolutions to this case. The parties are requesting the Court to continue the matter until January 8, 2019. By then, the parties will know whether the case can be resolved.

Accordingly, the parties agree that additional time is necessary for effective preparation of counsel. The parties agree that the time between November 27, 2018 to January 8, 2019 should be excluded in order to provide reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting the

STIPULATION AND PROPOSED ORDER
CASE NO. 18-CR-00304 RS

continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: November 21, 2018

Respectfully Submitted,

ALEX G. TSE
United States Attorney

 /s/ Neal Hong
NEAL C. HONG
Assistant United States Attorney


/s/ Juliana Drous
JULIANA DROUS
Attorney for Scott Krasnuik

STIPULATION AND PROPOSED ORDER
CASE NO. 18-CR-00304 RS

# ORDER

For the reasons stated above, the Court orders that the case be continued from November 27, 2018 to January 8, 2019 and finds that the exclusion of time from November 27, 2018 to January 8, 2019 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161 (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 11/21/2018

RICHARD SEEBORG
United States District Court Judge

STIPULATION AND PROPOSED ORDER
CASE NO. 18-CR-00304 RS